## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Edmundo Vargas,

Plaintiff,

v.

Commonwealth Edison Co.,

Defendant,

Case No. 22 C 3613

Judge Joan H. Lefkow

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendant
in the amount of

which ☐ includes   pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant Commonwealth Edison Co.
and against plaintiff Edmundo Vargas

Defendants shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Joan H. Lefkow presiding, and the jury has rendered a verdict.
☐ tried by Judge   without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow on a motion for summary judgment.

Date: 3/22/2024

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk